UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORA HEATHINGTON,

JUDGMENT
04-CV- 4501 (SLT)

Plaintiff,

-against-

FRANCIS J. HARVEY,
SECRETARY OF THE ARMY,

Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 31 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on August 29, 2005, granting defendant's motion to dismiss plaintiff's complaint; and dismissing plaintiff's complaint; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss plaintiff's complaint is granted; and that plaintiff's complaint is dismissed.

Dated: Brooklyn, New York
August 31, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations